# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RED IRON ACCEPTANCE, LLC** | ) |
| | ) |
|     Plaintiff, | ) |
| | )   No. 18-cv-5441 |
| v. | ) |
| | ) |
| **KELLER OUTDOOR POWER, INC.,** | ) |
| **DENNIS C. HENDRIX,** | ) |
| and | ) |
| **SANDRA K. HENDRIX,** | ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Red Iron Acceptance, LLC ("Red Iron") moves this Court for entry of a consent judgment in this case. In support thereof, Red Iron state as follows:

1. Red Iron, Keller Outdoor Power, Inc., Dennis C. Hendrix, and Sandra K. Hendrix (collectively, the "Parties") have reached a settlement agreement in this case.

2. Pursuant to the terms of the settlement agreement, Red Iron requests entry of the Order and Consent Judgment agreed to by the Parties and attached hereto as Exhibit A.

3. Red Iron's counsel consulted with Defendants' counsel, and Defendants do not oppose this motion.

WHEREFORE, Plaintiff Red Iron Acceptance, LLC respectfully request that this Court enter an Order and Consent Judgment in this case in the form attached hereto as Exhibit A.

    Respectfully submitted,

    /s/ William R. Bay
    William R. Bay (6181670)
    wbay@thompsoncoburn.com
    Thompson Coburn LLP
    One US Bank Plaza, Suite 3500
    St. Louis, MO 63101

(314) 552-6000

Holly H. Campbell
hcampbell@thompsoncoburn.com
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60657
(312) 346-7500

*Attorneys for Red Iron Acceptance, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 21, 2018, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this action.

                                    */s/ William R. Bay*